**Order entered January 7, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01283-CV

### IN THE INTEREST OF L.S.J., A CHILD

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-11-12980-Z**

## ORDER

The Court has before it the State of Texas's January 2, 2013 unopposed motion to extend time to file brief. The Court **GRANTS** the motion and **ORDERS** the State to file its brief by February 4, 2013.

/s/    ELIZABETH LANG-MIERS
        JUSTICE